# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JOHN ALTAVILLA, | |
| Plaintiff, | NO. 3:17-CV-01592 |
| v. | (JUDGE CAPUTO) |
| GENERAL HOSPITAL, *et al.*, | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

## ORDER

**NOW**, this 16th day of August, 2018, upon review of the Report and Recommendation (Doc. 22) of Magistrate Judge Karoline Mehalchick for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 22) is **ADOPTED**.

(2) The Motion to Dismiss (Doc. 10) is **GRANTED**.

(3) The Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

(4) Plaintiff has **thirty (30) days** to amend his complaint against Defendant General Hospital.

(5) The matter is **RECOMMITTED** to Magistrate Judge Mehalchick.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge