IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JOHN ALTAVILLA, | |
| Plaintiff, | NO. 3:17-CV-01592 |
| v. | (JUDGE CAPUTO) |
| GENERAL HOSPITAL, *et al.*, | |
| Defendants. | (MAGISTRATE JUDGE MEHALCHICK) |

## ORDER

**NOW**, this 15TH day of November, 2018, upon review of the Report and Recommendation (Doc. 26) of Magistrate Judge Karoline Mehalchick for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 26) is **ADOPTED**.

(2) The action is **DISMISSED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge